AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>RICHARD LYLE GREENBERG<br>*Defendant(s)* | ) ) ) Case No. 19-6493-SNOW ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 18, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 United States Code, Section 641 | Embezzlement, theft of government funds. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dominick L. Stokes, Special Agent, SSA/OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/18/19

City and state: Fort Lauderdale, Florida

_____
*Judge's signature*

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## Affidavit

Your affiant, Dominick L. Stokes, first being duly sworn, states as follows:

1. Your affiant has been employed as a Special Agent with the Social Security Administration (SSA), Office of the Inspector General (OIG), Office of Investigations (OI) since January 2006. Your affiant was previously employed by the Social Security Administration, Office of Disability Income Security Programs, Office of Employment Support Programs as a Presidential Management Fellow for two years. Your affiant is currently assigned to the SSA/OIG/OI/ATL/Fort Lauderdale Office and has received specialized training regarding Social Security criminal violations.

2. This affidavit is made in support of a complaint charging Richard Lyle Greenberg with a violation of Title 18, United States Code, Section 641, commonly referred to as Conversion, Embezzlement, Theft of Government Funds. These are not all of the facts known to your affiant but those necessary for a determination of probable cause that a crime has been committed.

3. This investigation was initiated when the OIG Florida Death Match Audit discovered that SSA Retirement Security Income Title 2 beneficiary, Rose Greenberg, (ROSE) died on 12/15/2004. However, her benefits continued to be directly deposited into her AND HER SON'S JOINT Wells Fargo Bank checking account number 1010162680593 for a total of $225,475.00 of improper payments. Rose's son Richard Lyle Greenberg,            (GREENBERG) was listed as Power of Attorney and informant on the death certificate. Wells Fargo Bank reported that the current balance in the account is $1,500.

1

4. On 08/19/2019, your affiant reviewed the official State of Florida Death Certificate for Rose. This record shows that Rose died on 12/15/2004, at age 86, at Aventura Hospital & Medical Center in Miami-Dade County. The informant on the death certificate is her son, GREENBERG.

5. Your affiant reviewed various databases including DAVID, SSA, NCIC and Accurint records for GREENBERG. Based upon these records, GREENBERG is a 67 year-old, Caucasian, male born in Chicago, IL on 01/12/1952. GREENBERG resides at 10360 NW 30th Court, APT 204, Sunrise, FL 33322-2030 and drives a 1991 Red Ford Pick Up Truck FL Tag number HZ080A and a 2003 Cadillac FL Tag Number 477YIU. Rose and GREENBERG both resided at 10360 NW 30th Court, APT 204, Sunrise, FL 33322-2030. This condominium parcel number 49-41-30-JK-0140 was purchased by GREENBERG on 10/28/1994 for $64,000. GREENBERG filed a Homestead exemption for this property.

6. GREENBERG is currently receiving $871 monthly in Social Security Disability benefits for (1850) Malignant Neoplasm of the Prostate and (7240) Disorders of the Back. His benefits are being directly deposited into his WE FLORIDA FINANCIAL Bank, checking account number 267078325. GREENBERG works for Involved People of Florida, Inc. and has earned $2,055 in 2018, $2,013 in 2017, $2313 in 2016 and $4,196 in 2015. GREENBERG has also worked for Cohesive Networks, Inc., Empire Staffing, Inc. and Leasing Recourses of America.

7. GREENBERG has an extensive criminal history which includes multiple arrests and felony convictions: Possession of Cannabis, Kidnapping, Aggravated Battery, Obstruction, loitering, Buying and Selling Cocaine, Probation Violations, Possession of

2

Stolen Property, Threats, Extortion, Aggravated Stalking, Possession of Drug Paraphernalia, Trespassing, Aggravated Assault on a Police Officer, Driving under the Influence of Alcohol, Resisting Arrest, Grand Theft Auto, Larceny, Leaving the Scene of an Accident which caused Injury and traffic violations.

8. On 08/21/2019, your affiant spoke to a Wells Fargo Bank Investigator who stated that GREENBERG shared the checking account number 1010162680593 with his mother Rose. The Investigator stated that the last SSA payment sent in July 2019 remains in the account. The investigator confirmed the account balance of $1,500.

9. On 10/16/2019, your affiant, pursuant to a Grand Jury Subpoena, obtained and reviewed reviewed Wells Fargo Bank ATM Surveillance photos from 03/01/2019 and 05/03/2019 showing GREENBERG withdrawing Social Security Benefits from their joint bank account that were fraudulently paid to his deceased mother Rose Greenberg. There are no other persons with access to this account. This account access took place in the Southern District of Florida.

10. On 10/17/2019, your affiant pursuant to a Grand Jury Subpoena, obtained and reviewed Wells Fargo Bank records which corresponded to the ATM Surveillance photos and confirmed that the ATM withdrawals corresponded to the statement records of withdrawals.

11. On 10/17/2019, your affiant pursuant to a Grand Jury Subpoena, obtained and reviewed Wells Fargo Bank records and noted that there were additional monthly deposits on the account noted as Macy's Retirement Plan Payment for Rose Greenberg. Records show that GREENBERG also converted these funds to his own use after his mother's death.

12. GREENBERG has converted approximately $225,475 in Social Security Retirement Security Income payments after his mother's death from 2004 to 2019 in violation of Title 18, United States Code, Section 641; Conversion, Embezzlement, Theft of Government Funds.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dominick L. Stokes, Special Agent
SSA/OIG/OI/ATL/Fort Lauderdale Office

Sworn to and subscribed before me this 18 day of October, 2019.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

4