UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60347-CR-ALTMAN/HUNT
18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

RICHARD LYLE GREENBERG,

Defendant.
_____/

FILED BY ___AT___ D.C.

**Nov 21, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## INDICTMENT

The Grand Jury charges that:

### COUNTS 1-55
Theft of Government Funds
(18 U.S.C. § 641)

On or about the dates listed below, in Broward County, in the Southern District of Florida, the defendant,

**RICHARD LYLE GREENBERG,**

did knowingly and willfully embezzle, steal, purloin and convert to his own use, money of the United States and a department and agency thereof, the aggregate amount of which exceeded $1,000.00, that is, Social Security Administration Title II Retirement Insurance Benefits, payable to Rose G., to which he knew he was not entitled, as specified in each count below:

1

| COUNT | APPROXIMATE DATE | DESCRIPTION OF BENEFITS | PAYMENT AMOUNT |
|---|---|---|---|
| 1 | 12/03/2014 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,363.00 |
| 2 | 01/03/2015 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 3 | 02/03/2015 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 4 | 03/03/2015 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 5 | 04/03/2015 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 6 | 05/03/2015 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 7 | 06/03/2015 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |

| COUNT | APPROXIMATE DATE | DESCRIPTION OF BENEFITS | PAYMENT AMOUNT |
|---|---|---|---|
| 8 | 07/03/2015 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 9 | 08/03/2015 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 10 | 09/03/2015 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 11 | 10/03/2015 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 12 | 11/03/2015 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 13 | 12/03/2015 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 14 | 01/03/2016 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 15 | 02/03/2016 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |

| COUNT | APPROXIMATE DATE | DESCRIPTION OF BENEFITS | PAYMENT AMOUNT |
|---|---|---|---|
| 16 | 03/03/2016 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 17 | 04/03/2016 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 18 | 05/03/2016 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 19 | 06/03/2016 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 20 | 07/03/2016 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 21 | 08/03/2016 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 22 | 09/03/2016 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 23 | 10/03/2016 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 24 | 11/03/2016 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |

| COUNT | APPROXIMATE DATE | DESCRIPTION OF BENEFITS | PAYMENT AMOUNT |
|---|---|---|---|
| 25 | 12/03/2016 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 26 | 01/03/2017 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 27 | 02/03/2017 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 28 | 03/03/2017 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 29 | 04/03/2017 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 30 | 05/03/2017 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 31 | 06/03/2017 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 32 | 07/03/2017 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |

| COUNT | APPROXIMATE DATE | DESCRIPTION OF BENEFITS | PAYMENT AMOUNT |
|---|---|---|---|
| 33 | 08/03/2017 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 34 | 09/03/2017 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 35 | 10/03/2017 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 36 | 11/03/2017 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 37 | 12/03/2017 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,389.00 |
| 38 | 01/03/2018 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,393.00 |
| 39 | 02/03/2018 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,393.00 |
| 40 | 03/03/2018 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,393.00 |
| 41 | 04/03/2018 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,393.00 |

| COUNT | APPROXIMATE DATE | DESCRIPTION OF BENEFITS | PAYMENT AMOUNT |
|---|---|---|---|
| 42 | 05/03/2018 | Social Security Administration Title II Retirement Insurance Benefits payable to A.L.R, direct deposited into Wells Fargo account ending in 0593. | $1,393.00 |
| 43 | 06/03/2018 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,393.00 |
| 44 | 07/03/2018 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,393.00 |
| 45 | 08/03/2018 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,393.00 |
| 46 | 09/03/2018 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,393.00 |
| 47 | 10/03/2018 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,393.00 |
| 48 | 11/03/2018 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,393.00 |
| 49 | 12/03/2018 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,393.00 |

| COUNT | APPROXIMATE DATE | DESCRIPTION OF BENEFITS | PAYMENT AMOUNT |
|---|---|---|---|
| 50 | 01/03/2019 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,435.00 |
| 51 | 02/03/2019 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,435.00 |
| 52 | 03/03/2019 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,435.00 |
| 53 | 04/03/2019 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,435.00 |
| 54 | 05/03/2019 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,435.00 |
| 55 | 06/03/2019 | Social Security Administration Title II Retirement Insurance Benefits payable to Rose G., direct deposited into Wells Fargo account ending in 0593 | $1,435.00 |

All in violation of Title 18, United States Code, Section 641.

## CRIMINAL FORFEITURE
### (18 U.S.C. § 981(a)(1)(C))

1.  The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **RICHARD LYLE GREENBERG,** has an interest.

2.  Upon conviction of a violation of Title 18, United States Code, Section 641, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RICHARD LYLE GREENBERG,

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ___ Miami    ___ Key West
- ✓ FTL       ___ WPB    ___ FTP

| | | |
|---|---|---|
| New defendant(s) | Yes ___ | No ___ |
| Number of new defendants | | |
| Total number of counts | | |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days      ✓
   - II   6 to 10 days
   - III  11 to 20 days
   - IV   21 to 60 days
   - V    61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdem.
   - Felony    ✓

6. Has this case previously been filed in this District Court?    (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   19-6493-LSS
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of   11/19/2019
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

_____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5500033

*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** RICHARD LYLE GREENBERG             **Case No:** _____

Counts: 1 - 55

Theft of Government Property

18 U.S.C. § 641

**\* Max. Penalty:** Ten (10) years' imprisonment; three (3) years' supervised release; $250,000 fine as to each count.

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.